(3)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Mohamd Salim ABDESSAMED,

Defendant.
_______________________________/

Case: 2:26-cr-20634
Assigned To : Hood, Denise Page
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 9/23/2026
Description: INDI USA v ABDESSAMED (JP)

Violation:
18 U.S.C. § 111(a)(1) and (b)

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
18 U.S.C. § 111(a)(1) and (b)
*Assault, Resisting, or Impeding a Federal Officer*

On or about June 4, 2026, in the Eastern District of Michigan, Southern Division, the defendant, Mohamd Salim ABDESSAMED, did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated in 18 U.S.C. § 1114, to wit: Deportation Officers J.B., A.R., and J.M., of the U.S. Immigration and Customs Enforcement, who were engaged in or on account of the performance of their official duties, using a dangerous weapon, and caused physical contact and inflicted bodily injury to Deportation Officer A.R., in violation of Title 18, United States Code, Section 111(a)(1) and (b).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Douglas C. Salzenstein*
DOUGLAS C. SALZENSTEIN
Chief, National Security Unit
Assistant United States Attorney

*s/Timothy E. Garcia*
TIMOTHY E. GARCIA
Special Assistant United States
Attorney

Dated: September 23, 2026

ORIGINAL

Case: 2:26-cr-20634
Assigned To : Hood, Denise Page
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 9/23/2026
Description: INDI USA v ABDESSAMED (JP)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Mohamd Salim ABDESSAMED

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
_x_Indictment/____Information --- based upon prior complaint [**Case number:** 26-mj-30364 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ________________ **Judge:** ________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 23, 2026
Date

Timothy E. Garcia
Special Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9522
Fax:
E-Mail address: Timothy.Garcia@usdoj.gov
Attorney Bar #: P85912

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.