UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Case No. 2:26−cr−20634−DPH−EAS
Hon. Denise Page Hood

Mohamd Salim Abdessamed ,

Defendant(s),

---

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [27] MOTION for a Preservation Order (Expedited Consideration Requested) as to Mohamd Salim Abdessamed. **Motion Hearing set for 11/18/2026 11:00 AM before District Judge Denise Page Ho od** (LSau)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 218.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/L. Saulsberry
Case Manager

Dated: November 2, 2026